[No. 20877-0-III.  Division Three.  February 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 01-8-00034-7, Philip J. Van de Veer, J. Pro Tem., entered October 8, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21043-0-III.  Division Three.  February 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK W. COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-00167-6, Valerie D. Jolicoeur, J. Pro Tem., entered April 3, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 25395-0-II.  Division Two.  February 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE M. BLUEBACK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00197-4, James B. Sawyer II, J., entered December 9, 1999. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26678-4-II.  Division Two.  February 14, 2003.]

RUSSELL McCLAIN, *Appellant*, v. MIKE BEASTON, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-2-00112-6, James E. Warme, J., entered November 13, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Armstrong, J.; Houghton, J., dissenting.